WYNDHAM THOMAS, APPELLANT, *v.* ALVIN HIGGINS, RESPONDENT.

APPEAL from a judgment in favor of defendant, entered on a referee's report, dismissing plaintiff's complaint.

The action was brought to recover for work, labor and materials, furnished under an oral contract to defendant, and the chief defense was that the work was not done in a workmanlike manner, and that the plaintiff had not performed his contract. The court at General Term, without any discussion of the reasons therefor, was of opinion that certain evidence as to the value of the work and the direction of the defendant as to the same, offered by the plaintiff, had been improperly excluded by the referee, and reversed the judgment.

*A. P. Hinman*, for the appellant.

*S. F. & F. H. Cowdrey*, for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Judgment reversed and new trial granted at Circuit, costs to abide event.